United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13379-elf
Richard B Curry                                                           Chapter 13
Karen L. Curry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Nov 08, 2017
                              Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db/jdb         +Richard B Curry,    Karen L. Curry,    1075 Avenue B,    Langhorne, PA 19047-3806
13917508       +Aes/Suntrust Bank,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13917509       +Aes/Suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
13917515      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
13917514       +Capital One,    Po Box 26625,    Richmond, VA 23261-6625
13917512       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13917513       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13942150        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13961698        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13942149        Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13929659       +National Collegiate Student Loan Trust 2007-4,     Transworld Systems, Inc.,    PO Box 4275,
                 Norcross, GA 30091-4275
13917519       +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
13987377        Navient PC TRUST c/o,    Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13917520       +PA Housing Finance,    PO Box 8029,    Harrisburg, PA 17105-8029
13920330       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
13917523       +Suntrust Bank,    Po Box 85052,    Richmond, VA 23285-5052
14002799       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,     211 North Front Street,
                 Harrisburg, PA 17101-1406
13917524       +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13917525        Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
13925530        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13940335        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:29:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2017 01:29:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:25:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13917510       +E-mail/Text: banko@berkscredit.com Nov 09 2017 01:29:09      Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
13917511       +E-mail/Text: banko@berkscredit.com Nov 09 2017 01:29:09      Berks Credit & Collections,
                 900 Corporate Dr,    Reading, PA 19605-3340
13917517        E-mail/Text: mrdiscen@discover.com Nov 09 2017 01:29:02      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
13917516       +E-mail/Text: mrdiscen@discover.com Nov 09 2017 01:29:02      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
13986037        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2017 01:32:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13917518       +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2017 01:26:01      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
13995767        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:32:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13918051       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:33:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13917521       +E-mail/Text: bankruptcy@sw-credit.com Nov 09 2017 01:29:32      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13917522       +E-mail/Text: bankruptcy@sw-credit.com Nov 09 2017 01:29:32      Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1958
13970655        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 01:32:40      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2             Date Rcvd: Nov 08, 2017
                              Form ID: pdf900          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Richard B Curry support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Karen L. Curry support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :       Chapter 13
    RICHARD B CURRY and          :
    KAREN L. CURRY,               :
        Debtor(s)          :       Bky. No.   17-13379 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  **November 8, 2017**

                              ERIC L. FRANK
                              CHIEF U.S. BANKRUPTCY JUDGE