# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     RICHARD & KAREN CURRY     :     CHAPTER 13
:
          **Debtors**     :     BANKRUPTCY NO. 17-13379

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

1. On **July 17, 2017**, I served a true and correct copy of the Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2. Neither an objection to the proposed compensation nor an application for administrative expense has been filed within the time period provided by the Rules of the Court.

3. On **November 9, 2017**, I served a true and correct copy of the Order Dismissing Chapter 13 Case on the Debtor, Trustee and all interested parties.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Application for Compensation of this Chapter 13 Case.

                                           /s/ Paul H. Young
                                           PAUL H. YOUNG, ESQUIRE
                                           Attorney for Debtor
                                           3554 Hulmeville Road, Suite 102
                                           Bensalem, PA   19020
                                           (215) 639-5297